UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :     WAIVER OF INDICTMENT

      -v.-                       :     15 Cr. 816 (NSR)

SALVATORE CARPANZANO,              :
  a/k/a "Salvino Casiraghi,"
                              :

        Defendant.
                              :

- - - - - - - - - - - - - - - - - - -X

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1343, 1349, and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

                                    _____
                                    SALVATORE CARPANZANO
                                    Defendant

                                    _____
                                    Witness

                                    _____
                                    RONALD P. FISCHETTI, ESQ.
                                    Counsel for Defendant

Date:    New York, New York
         November 24, 2015