UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :   ORDER OF RESTITUTION

    -v.-                           :   15 Cr. 816 (NSR)
                                    (Redacted)
SALVATORE CARPANZANO,              :
  a/k/a "Salvino Casiraghi,"
                               :

        Defendant.
                               :
- - - - - - - - - - - - - - - - x

       WHEREAS, on December 9, 2015, SALVATORE CARPANZANO, a/k/a "Salvino Casiraghi," the defendant, was charged in an eight-count information, 15 Cr. 816 (NSR) (the Information) with one count of participating in a conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and seven counts of wire fraud, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1343 and 2; and

       WHEREAS, on December 9, 2015, CARPANZANO pleaded guilty to all eight Counts of the Information pursuant to a plea agreement, which plea agreement contemplated, among other things, that CARPANZANO would pay restitution of "at least $10,058,000"; and

       WHEREAS, on September 12, 2018, this Court sentenced CARPANZANO and, among other things, ordered CARPANZANO to pay restitution of at least $10,058,000; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2019

WHEREAS, the Government has represented that it has calculated the appropriate restitution of which it is aware at this time to be $10,078,000, has scheduled that restitution in a proposed restitution order to this Court; and

WHEREAS, the Government has shown the proposed restitution order to counsel for CARPANZANO, and CARPANZANO, through counsel, does not object to the proposed restitution order;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT pursuant to Title 18, United States Code, Sections 3663(a)(1)(A), (a)(1)(B)(i)(I), & (a)(3), 3664(f)(1)(A), & (f)(2), SALVATORE CARPANZANO, a/k/a "Salvino Casiraghi," shall make restitution in the amount of $10,078,000 to the Clerk, U.S. District Court, for disbursement as follows:

An amount of $1,825,000 shall be disbursed to:

Thomas P. Devlin


An amount of $2,700,000 shall be disbursed to:

Liberty West Regional Center LLC


An amount of $2,000,000 shall be disbursed to:

Rick Scott

An amount of $100,000 shall be disbursed to:

    Fusley Minerals Group



An amount of $2,000,000 shall be disbursed to:

    Narul Anthony Hack



An amount of $50,000 shall be disbursed to:

    Gail Jones

An amount of $25,000 shall be disbursed to:

    Alfredo LNU

An amount of $25,000 shall be disbursed to:

    Raul LNU

An amount of $25,000 shall be disbursed to:

    FNU LNU

An amount of $150,000 shall be disbursed to:

    Hammond Financial Services, Inc.



An amount of $50,000 shall be disbursed to:

    FNU LNU

An amount of $25,000 shall be disbursed to:

    Joseph LNU

An amount of $150,000 shall be disbursed to:

    David Ault

An amount of $10,000 shall be disbursed to:

    Pratap I Sapra

An amount of $50,000 shall be disbursed to:

    Michael Talone

An amount of $200,000 shall be disbursed to:

    Frank Bauco

An amount of $100,000 shall be disbursed to:

    Michael J. Fox, Sr.

An amount of $125,000 shall be disbursed to:

    MJF Enterprises

An amount of $3,000 shall be disbursed to:

Michael J. Fox, Jr.


An amount of $110,000 shall be disbursed to:

FNU LNU

An amount of $250,000 shall be disbursed to:

Woody Collins

An amount of $100,000 shall be disbursed to:

Mike LaRocco


An amount of $5,000 shall be disbursed to:

John Hauser


IT IS FURTHER ORDERED that the Government may provide the Clerk of the Court with information about specific victims listed above, including first names, last names, contact addresses, or updated information by writing to the Clerk of the Court, and the Clerk of the Court shall this treat this Order as if it were amended with that information without further order of the Court.

IT IS FURTHER ORDERED that, upon commencement of supervised release, CARPANZANO shall pay restitution in monthly installments to be determined by the United States Probation Office, but in no

5

event shall those payments be less than 15% of CARPANZANO's gross monthly income.

IT IS FURTHER ORDERED that the Government may provide a copy of this Order, with the addresses of victims redacted, to victims or their representatives.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to issue such further orders as may be necessary to effect restitution to the victims of the offense in this case.

SO ORDERED:
Dated:     White Plains, New York
           Feb. 7\_\_, 2019

_____
HONORABLE NELSON A. ROMÁN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK